No. 82–778. JOHNSON v. CENTRAL VALLEY SCHOOL DISTRICT No. 356. Sup. Ct. Wash. Certiorari denied.

No. 82–779. HOLMES v. J. RAY MCDERMOTT & CO., INC. C. A. 5th Cir. Certiorari denied.

No. 82–781. WHITE v. BOARD OF TRUSTEES OF WESTERN WYOMING COMMUNITY COLLEGE DISTRICT ET AL. Sup. Ct. Wyo. Certiorari denied.

No. 82–782. OLSEN, AN INCOMPETENT BY OLSEN, HIS GUARDIAN, ET AL. v. FORD MOTOR CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–783. DIEFENTHAL ET AL. v. CIVIL AERONAUTICS BOARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–790. BARTEL v. JOHNSON COUNTY ET AL. Ct. App. Iowa. Certiorari denied.

No. 82–795. WATTS v. JOSEPH HORNE CO., INC. C. A. 3d Cir. Certiorari denied.

No. 82–801. HARKINS & CO. ET AL. v. ELLIOTT ET AL. Sup. Ct. Miss. Certiorari denied.

No. 82–808. SHAY v. TEXAS. Ct. App. Tex., 5th Sup. Jud. Dist. Certiorari denied.

No. 82–810. LANG ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–823. PIELET ET AL. v. PIELET ET AL. C. A. 7th Cir. Certiorari denied.